# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL A. BOGAN,<br>BOP Reg. # 13813-003,<br>  Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>  Respondent. | )<br>)<br>)<br>)   CIVIL ACTION NO. 16-00335-KD<br>)<br>) CRIMINAL ACTION NO. 13-00274-KD-N<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations (Doc. 35[1]) of the United States Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing Section 2255 Proceedings for the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated April 7, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Paul A. Bogan's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 (Doc. 31) is **DISMISSED with prejudice**. It is further **ORDERED** that Bogan is **DENIED** a Certificate of Appealability in relation to this final adverse order. Finally, the Court certifies that any appeal of this order would be without merit and therefore not taken in good faith. Thus, Bogan is not entitled proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** this **2**nd day of **May 2017**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] All "Doc." citations herein refer to the docket of the above-styled criminal action.