IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PAUL A. BOGAN,<br>BOP Reg. # 13813-003,<br>　Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　Respondent. | )<br>)<br>)<br>)　CIVIL ACTION NO. 16-00335-KD<br>)<br>) CRIMINAL ACTION NO. 13-00274-KD-N<br>)<br>) |

## JUDGMENT

In accordance with the Order entered this date dismissing Petitioner Paul A. Bogan's 28 U.S.C. § 2255 motion, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent United States of America and against Petitioner Bogan, and that Bogan is not entitled to a Certificate of Appealability or to appeal *in forma pauperis*.

**DONE** and **ORDERED** this **2**nd day of **May 2017**.

　　　　　　　　　　　　/s/ Kristi K. DuBose
　　　　　　　　　　　　**KRISTI K. DuBOSE**
　　　　　　　　　　　　**CHIEF UNITED STATES DISTRICT JUDGE**